IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MAURICE DEWS**                                                                                 **PLAINTIFF**
**REG. #45176-007**

**VS.**                                           **4:20-cv-01032-BRW-JJV**

**FEDERAL BUREAU OF PRISONS, *et al*.**                         **DEFENDANTS**

**ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Dews's timely filed objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Plaintiff's Complaint, as amended (Doc. No. 9) is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. Plaintiff's Motion to Extend Time (Doc. No. 11) is DENIED.

Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g).[1]

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED, this 24th day of November, 2020.

                                                                     *Billy Roy Wilson*
                                                                     UNITED STATES DISTRICT JUDGE

---

[1] Title 28 U.S.C. § 1915(g) provides as follows: "In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."