## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MAURICE DEWS**                                                              **PLAINTIFF**
**REG.  #45176-007**

**VS.**                                    **4:20-cv-01032-BRW-JJV**

**FEDERAL BUREAU OF PRISONS,** *et al*.                                   **DEFENDANTS**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED, this 24th day of November, 2020.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE